**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01090-CR

**JEREMY LAMONTE SILLEMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-24277-N**

## ORDER

The Court **REINSTATES** the appeal.

On May 9, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 15, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the May 9, 2014 order requiring findings.

We **GRANT** the May 15, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
       JUSTICE